DANIEL G. BOGDEN
United States Attorney
State of Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd.
Lloyd George Federal Building, Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702)388-6787

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Maribel Briano Gonzalez,<br><br>             Plaintiffs,<br><br>      v.<br><br>DANIEL RENAUD,Vermont Service Center Director,USCIS; JANET NAPOLITANO,Secretary, DHS;ALEJANDRO MAYORKAS, Director,USCIS;ERIC HOLDER,JR., Attorney General; JANET NAPOLITANO,Secretary,DHS; Robert Cowan,Director, National Benefits Center, USCIS; Daniel Bogden, United States Attorney ,<br><br>             Defendants. | 2:10-CV-01847-LDG-LRL<br><br>MOTION TO ADMIT GOVERNMENT ATTORNEY |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Sherease R. Pratt to the Bar of this Court for the purpose of representing the defendant Attorney General, an officer of the United States, in the above-captioned litigation.

1   Sherease R. Pratt is a member in good standing of the
2   State Bar of New York (Bar # 2620912). She is an attorney
3   employed by the United States Department of Justice, Civil
4   Division, Office of Immigration Litigation, and her office is
5   located in Washington, D.C.
6   It is respectfully requested that an order be issued
7   permitting Sherease R. Pratt to practice before this court in
8   this action.
9   Dated: Nov 23, 2010             Respectfully submitted,
10                                  DANIEL G. BOGDEN
                                    United States Attorney
11
12                                  //S//CARLOS A. GONZALEZ
                                    CARLOS A. GONZALEZ
13                                  Assistant United States Attorney
14
15
                                    IT IS SO ORDERED:
16
17
    DATED : 11-29-10
18                                  _____
19                                  UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26

2

1 | CERTIFICATE OF SERVICE

2 | It is hereby certified that service of the foregoing MOTION TO ADMIT GOVERNMENT ATTORNEY (Sherease R. Pratt) has been made
3 | through the Court's electronic notification process or, as appropriate, by mailing a copy this __ day of November, 2010,
4 | to the following addressees:

5 | Seth L Reszko
Reza Athari & Associates
6 | 6235 So. Pecos Rd.
Suite 108
7 | Las Vegas, NV 89120

8

9 |                                   /s/   Carlos Gonzalez
                                   CARLOS GONZALEZ
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26