1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada Bar No. 2137
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 South Las Vegas Blvd.
4  Suite 5000
   Las Vegas, NV 89101
5  702-388-6336/Fax:702-388-6787

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9

10 MARIBEL BRIANO GONZALEZ,              2:10-CV-01847-LDG-LRL

11            Plaintiffs,
       v.                                DEFENDANTS' UNOPPOSED
12                                       MOTION FOR EXTENSION OF
   DANIEL RENAUD, Vermont Service        TIME TO RESPOND TO
13 Center Director, USCIS;  JANET        PLAINTIFF'S COMPLAINT
   NAPOLITANO, Secretary, DHS;
14 ALEJANDRO MAYORKAS, Director,           (SECOND REQUEST)
   USCIS; ERIC HOLDER, JR.,
15 Attorney General; JANET
   NAPOLITANO,Secretary, DHS;
16 Robert Cowan, Director, National
   Benefits Center, USCIS; Daniel
17 Bogden, United States Attorney,

18            Defendants.
   _____

19

20      Defendants, by and through their attorneys, Daniel G. Bogden,

21 United States Attorney for the District of Nevada, Carlos A.

22 Gonzalez, Assistant United States Attorney, and Sherease Pratt,

23 Trial Attorney, U.S. Department of Justice, respectfully request

24 a twelve (12) day extension of time, up to and including January

25 31, 2011, in which to file a responsive pleading to Plaintiff's

26 Complaint(# 1).

1    In support of this request for an extension of time,

2  Defendants rely upon the Memorandum of Points and Authorities

3  attached hereto and incorporated herein.

4    DATED this 14th day of January, 2011.

5                          Respectfully submitted,

6                          DANIEL G. BOGDEN
                           United States Attorney
7
                           CARLOS A. GONZALEZ
8                          Assistant United States Attorney

9                          TONY WEST
                           United States Department of Justice
10                         Assistant Attorney General
                           Civil Division
11
                           ELIZABETH J. STEVENS
12                         Assistant Director
                           Office of Immigration Litigation
13
                           /s/ SHEREASE PRATT
14                         SHEREASE PRATT
                           Trial Attorney
15                         U.S. Department of Justice
                           Civil Division
16                         Office of Immigration Litigation
                           P.O. Box 868, Ben Franklin Station
17                         Washington, D.C. 20044
                           Telephone: (202) 616-0063
18                         Facsimile: (202) 616-8962
                           sherease.pratt@usdoj.gov
19
                           Attorneys for Defendants
20
   OF COUNSEL:
21 Thomas McCarthy, AGC
   U.S. Department of Homeland Security
22

23                         IT IS SO ORDERED:

24                         _____

25                         UNITED STATES DISTRICT JUDGE
                           DATED: 20 Jan 2011
26

<b><u>MEMORANDUM OF POINTS AND AUTHORITIES</u></b>

**I.    BACKGROUND**

Plaintiff filed his Complaint (#1) with the Court on October 21, 2010, and Defendants' response is due on Tuesday, January 19, 2011.  Undersigned counsel for Plaintiff and Defendants have conferred in an effort to resolve this litigation.  The parties continue to consult regarding whether the claims raised in this action can be resolved without the need for further litigation.  Therefore, the Government requests that this honorable Court grant a twelve (12) day extension of time, up to and including January 31, 2011, in which to file a responsive pleading to Plaintiff's Complaint.

On January 14, 2011, undersigned counsel Sherease Pratt spoke with Mr. Seth Reszko, Plaintiff's counsel, and he does not oppose this request for an extension of time.

**II.    ARGUMENT**

The Federal Rules of Civil Procedure provide for an enlargement of time for cause shown.

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

Fed. R. Civ. P., Rule 6(b)(1)(A).

...

...

...

1      1.      Undersigned counsel for Plaintiff and Defendants have

2  conferred in an effort to resolve this litigation.  The parties

3  continue to consult regarding whether the claims raised in this

4  action can be resolved without the need for further litigation.

5      2.      Therefore, pursuant to Local Rule 6-1(a), the parties

6  hereby stipulate to extend the time within which Defendants must

7  file their response in the above-entitled action.  Defendants'

8  responsive pleading will be due by January 31, 2011.

9      3.      This request is made prior to the expiration of the

10 time set by the Court to respond to Plaintiff's Complaint.

11     4.      On January 14, 2011, undersigned counsel Sherease Pratt

12 spoke with Mr. Seth Reszko, Plaintiff's counsel, and he does not

13 oppose this request for an extension of time.

14 ...

15 ...

16 ...

17 ...

18 ...

19 ...

20 ...

21 ...

22 ...

23 ...

24 ...

25 ...

26

**III. CONCLUSION**

      Therefore, the Defendants respectfully request that this honorable Court grant a twelve (12) day extension of time, up to and including January 31, 2011, in which to file a response to Plaintiff's Complaint (#1).

      DATED this 14th day of January, 2011.

      Respectfully submitted,

      DANIEL G. BOGDEN
      United States Attorney

      CARLOS A. GONZALEZ
      Assistant United States Attorney

      TONY WEST
      United States Department of Justice
      Assistant Attorney General
      Civil Division

      ELIZABETH J. STEVENS
      Assistant Director
      Office of Immigration Litigation

      /s/ SHEREASE PRATT
      SHEREASE PRATT
      Trial Attorney
      U.S. Department of Justice
      Civil Division
      Office of Immigration Litigation
      P.O. Box 868, Ben Franklin Station
      Washington, D.C. 20044
      Telephone: (202) 616-0063
      Facsimile: (202) 616-8962
      sherease.pratt@usdoj.gov

      Attorneys for Defendants

OF COUNSEL:
Thomas McCarthy, AGC
U.S. Department of Homeland Security